# EXHIBIT C-1

## Case Information

DC-22-13864 | Ultimate Acquisition Corp vs. Ky Mitchell

| | | |
|---|---|---|
| **Case Number** | **Court** | **Judicial Officer** |
| DC-22-13864 | 193rd District Court | WHITMORE, BRIDGETT |
| **File Date** | **Case Type** | **Case Status** |
| 10/03/2022 | CNTR CNSMR COM DEBT | OPEN |

## Party

**PLAINTIFF**
Ultimate Acquisition Corp

Active Attorneys ▼
Lead Attorney
COX, GREORY B.
Retained

**DEFENDANT**
Mitchell, Ky

Active Attorneys ▼
Lead Attorney
LEBOEUF, JASON
Retained

**DEFENDANT**
T&E Equipment, Inc.

Address
124 NE 28th Street
Oklahoma City OK 73105

**DEFENDANT**
T&E Flow Services, LLC

Address
11860 S. Sooner Road
Edmond OK 73034

## Events and Hearings

10/03/2022 NEW CASE FILED (OCA) - CIVIL

10/03/2022 INSTRUMENTS ▾

TRANSFER CERTIFICATE

Comment
TRANSFER CERTIFICATE

10/03/2022 INSTRUMENTS ▾

ORIGINAL PETITION

Comment
ORIGINAL PETITION

10/03/2022 INSTRUMENTS ▾

SERVICE REQUEST FORM

Comment
SERVICE REQUEST FORM

10/03/2022 INSTRUMENTS ▾

MOTION TO TRANSFER VENUE

Comment
MOTION TO TRANSFER VENUE

10/03/2022 INSTRUMENTS ▾

AGREED ORDER TRANSFERRING VENUE

Comment
AGREED ORDER TRANSFERRING VENUE

10/05/2022 APPLICATION - TEMPORARY RESTRAINING ORDER ▾

APPLICATION FOR TEMPORARY RESTRAINING ORDER AND TEMPORARY INJUNCTION

> Comment
> AND TEMPORARY RESTRAINING ORDER

10/05/2022 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

PROPOSED ORDER GRANTING TEMPORARY RESTRAINING ORDER

> Comment
> ORDER GRANTING TEMPORARY RESTRAINING ORDER

10/06/2022 TRO HEARING ▼

APPLICATION FOR TEMPORARY RESTRAINING ORDER AND TEMPORARY INJUNCTION

PROPOSED ORDER GRANTING TEMPORARY RESTRAINING ORDER

Judicial Officer
WHITMORE, BRIDGETT

Hearing Time
11:00 AM

Comment
30M VIA ZOOM

10/06/2022 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

PROPOSED ORDER DENYING TEMPORARY RESTRAINING ORDER

> Comment
> ORDER DENYING TEMPORARY RESTRAINING ORDER

10/07/2022 ORIGINAL ANSWER - GENERAL DENIAL ▼

ORIGINAL ANSWER

10/07/2022 ORDER - DENY ▼

ORDER DENYING TEMPORARY RESTRAINING ORDER

> Comment
> TEMPORARY RESTRAINING ORDER

11/18/2022 MOTION - COMPEL ▼

DEFENDANT'S MOTION TO COMPEL ARBITRATION

11/30/2022 NOTICE OF APPEARANCE ▼

NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

> Comment
> AND DESIGNATION OF LEAD COUNSEL

12/01/2022 DISMISSAL FOR WANT OF PROSECUTION ▼

193RD Initial Dismissal Notice

Judicial Officer
WHITMORE, BRIDGETT

Hearing Time
1:30 PM

Cancel Reason
BY COURT ADMINISTRATOR

12/06/2022 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

PROPOSED ORDER GRANTING MOTION TO COMPEL ARBITRATION

  Comment
  ORDER GRANTING MOTION TO COMPEL ARBITRATION

12/30/2022 AMENDED PETITION ▼

1ST AMENDED PETITION

  Comment
  1ST

01/12/2023 Motion - Compel ▼

DEFENDANT'S MOTION TO COMPEL ARBITRATION

PROPOSED ORDER GRANTING MOTION TO COMPEL ARBITRATION

Judicial Officer
WHITMORE, BRIDGETT

Hearing Time
11:45 AM

Cancel Reason
REQUESTED BY ATTORNEY/PRO SE

Comment
15M SET BY JASON 214-206-7423 VIA ZOOM

10/03/2023 Non Jury Trial ▼

193rd Non Jury Trial Notice

193rd Non Jury Trial Notice

NOTICE

193rd USO Level 2

193rd USO Level 2

Judicial Officer
WHITMORE, BRIDGETT

Hearing Time
9:30 AM

## Financial

Mitchell, Ky
　　　　Total Financial Assessment　　　　　　　　　　　　　　　　　　　$350.00
　　　　Total Payments and Credits　　　　　　　　　　　　　　　　　　　　$0.00

　10/5/2022　　　　　　　Transaction Assessment　　　　　　　　　　　　$350.00

## Documents

TRANSFER CERTIFICATE

ORIGINAL PETITION

SERVICE REQUEST FORM

MOTION TO TRANSFER VENUE

AGREED ORDER TRANSFERRING VENUE

APPLICATION FOR TEMPORARY RESTRAINING ORDER AND TEMPORARY INJUNCTION

PROPOSED ORDER GRANTING TEMPORARY RESTRAINING ORDER

ORDER DENYING TEMPORARY RESTRAINING ORDER

ORIGINAL ANSWER

PROPOSED ORDER DENYING TEMPORARY RESTRAINING ORDER

193RD Initial Dismissal Notice

193rd Non Jury Trial Notice

193rd Non Jury Trial Notice

NOTICE

193rd USO Level 2

193rd USC Level 2

DEFENDANT'S MOTION TO COMPEL ARBITRATION

NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

PROPOSED ORDER GRANTING MOTION TO COMPEL ARBITRATION

1ST AMENDED PETITION