# EXHIBIT C-10

Case 3:23-cv-00325-K   Document 1-13   Filed 02/13/23   Page 2 of 7   PageID 135

FILED
10/7/2022 12:02 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Scott Anders DEPUTY

CAUSE NO. DC-22-13864

| | | |
|---|---|---|
| ULTIMATE ACQUISITION CORP. D/B/A ULTIMATE TOOL & SAFETY | § § § | IN THE DISTRICT COURT |
| Plaintiff, | § § | |
| v. | § § | DALLAS COUNTY, TEXAS |
| KY MITCHELL, | § § | |
| Defendant. | § | 193RD JUDICIAL DISTRICT |

### DEFENDANT KY MITCHELL'S ORIGINAL ANSWER

COMES NOW Defendant, Ky Mitchell ("Defendant") and files this Answer to Plaintiff's Original Petition ("Plaintiff's Petition"), and would respectfully show:

### I.
### GENERAL DENIAL

Pursuant to Rule 92, TEX. R. CIV. P., Defendant generally denies the allegations of the Plaintiff's Petition and demands strict proof thereof.

### II.
### DEFENSES

Defendant asserts the following affirmative defenses:

1. This Court lacks jurisdiction because a contract relied on by the Plaintiff requires that disputes arising from it be resolved through arbitration by the American Arbitration Association (AAA), which has exclusive jurisdiction over Plaintiff's claims.

2. Defendant denies that all conditions precedent to a right of recovery have been satisfied.

3. Plaintiff's claims are barred, in whole or in part, because they fail to state a claim for which relief can be granted, and/or have no basis in law or fact.

ORIGINAL ANSWER– Page 1

4. Plaintiff's claims are barred by failure or lack of consideration.

5. Plaintiff's claims are barred, in whole or in part, by the economic loss doctrine.

6. Plaintiff's claims are barred, in whole or in part, because the agreement is unenforceable.

7. Defendant is not liable for the acts, omissions, or conduct of other persons or entities not authorized to act on behalf of Defendant; pleading further, and in the alternative, Defendant is not liable for the acts, omissions, or conduct of his agents who exceeded the scope of their authority.

### III.
### RIGHT TO ARBITRATION

Defendant reserves the right to compel arbitration as contemplated by the parties in the relevant agreements at issue in Plaintiff's Petition.

### IV.
### ATTORNEY FEES

Defendant is entitled to attorney fees for the defense of this action. Defendant seeks such reasonable and necessary attorney fees and costs incurred by Defendant in this matter.

### V.
### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays that upon trial, Plaintiff take nothing, that Defendant recover his costs, attorney fees, and for such other and further relief to which Defendant may be justly entitled, either at law or in equity.

Respectfully submitted,

/s/ Jason A. LeBoeuf
Jason A. LeBoeuf
Texas Bar Number 24032662
Email: jason@leboeuflawfirm.com
LEBOEUF LAW FIRM, PLLC
675 Town Square Blvd., Suite 200
Building 1A
Garland, Texas 75040
T: 214.206.7423
F: 214.730.5944

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system pursuant to the Texas Rules of Civil Procedure on this 7th day of October, 2022.

/s/ Jason A. LeBoeuf
Counsel for Defendant

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jason LeBoeuf on behalf of Jason LeBoeuf
Bar No. 24032662
jason@leboeuflawfirm.com
Envelope ID: 69008854
Status as of 10/7/2022 1:54 PM CST

Associated Case Party: Ultimate Acquisition Corp

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Gregory Cox | 24104778 | gcox@canteyhanger.com | 10/7/2022 12:02:40 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jason LeBoeuf on behalf of Jason LeBoeuf
Bar No. 24032662
jason@leboeuflawfirm.com
Envelope ID: 69008854
Status as of 10/7/2022 1:54 PM CST

Associated Case Party: Ky Mitchell

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jason LeBoeuf | | jason@leboeuflawfirm.com | 10/7/2022 12:02:40 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jason LeBoeuf on behalf of Jason LeBoeuf
Bar No. 24032662
jason@leboeuflawfirm.com
Envelope ID: 69008854
Status as of 10/7/2022 1:54 PM CST
Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ryan LoganValdez | | rvaldez@canteyhanger.com | 10/7/2022 12:02:40 PM | SENT |