IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ULTIMATE ACQUISITION CORP. d/b/a ULTIMATE TOOL & SAFETY,<br><br>Plaintiff,<br><br>vs.<br><br>KY MITCHELL, T&E EQUIPMENT, INC. AND T&E FLOW SERVICES, LLC,<br><br>Defendants. | §§§§§§§§§§§ | Case No. 3:23-cv-325-K |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby gives notice that this action is dismissed. Defendants Ky Mitchell, T&E Equipment, Inc., and T&E Flow Services, LLC have not served an answer or motion for summary judgment. Accordingly, Plaintiff provides this notice that the action is dismissed.

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully submitted,

/s/ Gregory B. Cox

**Gregory B. Cox**
Texas Bar No. 24104778
greg@gregcox.law
GREGORY B. COX PLLC
2830 S. Hulen St. #827
Fort Worth, Texas 76109
Telephone: (512) 779-2458

**Ryan Logan Valdez**
Texas Bar No.
rvaldez@canteyhanger.com
CANTEY HANGER LLP
600 West 6th Street, Suite 300
Fort Worth, Texas 76102
Telephone: (817) 877-2800
Facsimile: (817) 877-2807

**COUNSEL FOR PLAINTIFF**
**ULTIMATE ACQUISITION CORP.**
**d/b/a ULTIMATE TOOL & SAFETY**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure on this 7th day of March, 2023 to:

**Jason L. Sanders**
Texas Bar No. 24037428
jsanders@sanderscollins.com
(214) 775-0631 Direct
(214) 499-7709 Cell
**Caroline E. Allen**
Texas Bar No. 24121320
callen@sanderscollins.com
(214) 775-0635 Direct
(575) 808-3206 Cell
SANDERS COLLINS PLLC
325 N. St. Paul St., Suite 3100 Dallas, Texas 75201
Main Telephone: (214) 775-0630
Facsimile: (214) 242-3004
www.sanderscollins.com

**COUNSEL FOR DEFENDANTS T&E EQUIPMENT, INC. AND T&E FLOW SERVICES, LLC**

**Jason A. LeBoeuf**
jason@leboeuflawfirm.com
LEBOEUF LAW FIRM, PLLC
675 Town Square Blvd., Suite 200
Building 1A
Garland, Texas  75040
Telephone:  (214) 206-7423
Facsimle:  (214) 730-5944

**COUNSEL FOR DEFENDANT KY MITCHELL**

/s/ Gregory B. Cox
Counsel for Plaintiff